

**Julie Levinson Werner**
Partner
Vice Chair, Employment

1251 Avenue of the Americas
New York, New York 10020

T: (212) 419-5864
M: (908) 723-4241
E: jwerner@lowenstein.com

November 25, 2024

**MEMO ENDORSED**

**VIA ECF**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, New York 10007

**Re:**   **India Sidyan v. Capgemini America, Inc., 1:24-cv-08351**
          **PROPOSED CONSENT ORDER**

Dear Judge Failla:

We represent Defendant Capgemini America, Inc. ("Capgemini") in the above-referenced matter.

On November 1, 2024, Plaintiff filed her Complaint to which Defendant's response is due November 27, 2024. Last week we informed Plaintiff's counsel that Plaintiff had signed an arbitration agreement. Based upon that discussion, Plaintiff consented to our request that the within litigation be stayed and the case be sent to arbitration.

Therefore, we respectfully submit this joint letter with Plaintiff's consent to request that the Court compel Plaintiff to arbitrate this matter and stay the action. To that end, the parties are submitting a proposed consent order ("Proposed Consent Order") herewith. The Proposed Consent Order would order Plaintiff to proceed in arbitration on an individual basis, stay the action, and clarify that Defendant need not answer the Complaint or otherwise move (which would otherwise be due by November 27, 2024). The Parties respectfully request that the Court enter the Proposed Consent Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Julie Levinson Werner*
Julie Levinson Werner

cc:   All counsel of record via ECF
      Christopher Dernbach, Esq.

Application GRANTED.  The Court will issue the Consent Order under separate cover.

The Court ORDERS the parties to provide a status update on or before **March 3, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:   November 26, 2024          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE