UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIA SIDYAN

                              Case No. 24-cv-08351

        Plaintiff,

vs.

CAPGEMINI AMERICA, INC.,

        Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff India Sidyan hereby gives notice that the above-captioned action and all of the claims asserted therein are hereby voluntarily dismissed with prejudice. Pursuant to Rule 41(a)(1)(A)(i), no court order is necessary to effectuate the dismissal because the opposing party has not served an answer or a motion for summary judgment.

Dated: March 11, 2025        Respectfully Submitted,

                                      **RODRIGUEZ LAW PLC**

                                      */s/ Oscar A. Rodriguez*
                                      Oscar Rodriguez (P73413)
                                      402 W. Liberty St.
                                      Ann Arbor, MI 48103
                                      Phone: (734) 355-5666
                                      oscar@orodlaw.com

                                      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 11, 2025, he caused a true and correct copy of the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system:

                               */s/ Oscar A. Rodriguez*

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:      March 11, 2025              SO ORDERED.
            New York, New York
```

*[Signature: Katherine Polk Failla]*

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE